# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

| | |
|---|---|
| **SCOTLYNN USA DIVISION, INC.,** | **CASE NO.: 2:18-cv-00521-JLB-NPM** |
| Plaintiff, | |
| vs. | |
| **TITAN TRANS CORPORATION,** | |
| Defendant. | |

## JOINT EXHIBIT LIST[1]

| (a) Joint Ex. No. | (b) Date of Document | (C) Description | (d) Objection & Basis | (e) Citation for Objection | Cross-Reference[2] |
|---|---|---|---|---|---|
| **J-1** | 05/12/14 | Carrier Onboarding Packet | | | Laws ...................... Ex. 15<br>Laws Report ............ Ex. 1<br>Shore Report............ Ex. 1 |
| **J-2** | 05/12/14 | Broker Carrier Agreement (Original) | | | Laws Report ............ Ex. 1<br>Shore Report............ Ex. 1<br>Zaranski ................. Ex. 14 |
| **J-3** | 05/12/14 | Broker Carrier Agreement – Word | | | Laws Report ............ Ex. 1 |
| **J-4** | 07/06/16 | Zaranski Employment Application | | | Zaranski ................... Ex. 4 |
| **J-5** | 07/06/16 | Zaranski Independent Driver Agreement | | | |

---

[1] Unless otherwise indicated, the cites refer to a witness deposition Exhibit number or Exhibit number:page.

[2] The exhibits references for each deposition and report are attached as Exhibit A

| (a) Joint Ex. No. | (b) Date of Document | (C) Description | (d) Objection & Basis | (e) Citation for Objection | Cross-Reference[2] |
|---|---|---|---|---|---|
| J-6 | | Titan Policy Concerning Hours of Service | | | Laws Report .......... Ex. 17<br>Run ....................... Ex. 7<br>Shore Report.......... Ex. 18<br>Zaranski .................. Ex. 7 |
| J-7 | | Titan Policy Governing Drug and Alcohol Use and Testing | | | Laws Report .......... Ex. 19<br>Shore Report.......... Ex. 18<br>Run ....................... Ex. 5<br>Zaranski .................. Ex. 5 |
| J-8 | | Titan Policy Governing Vehicle Maintenance | | | Laws Report .......... Ex. 20<br>Run ....................... Ex. 8<br>Shore Report.......... Ex. 18<br>Zaranski .................. Ex. 8 |
| J-9 | | Titan Policy Concerning Unsafe Driving | | | Laws Report .......... Ex. 18<br>Shore Report.......... Ex. 18<br>Run ....................... Ex. 6<br>Zaranski .................. Ex. 6 |
| J-10 | | Scotlynn's Policy for Loading High Value and Sensitive Commodities | | | Kollker..................... Ex. 5<br>Laws Report .......... Ex. 21 |
| J-11 | | Scotlynn's New Produce Salesperson Checklist | | | Kollker..................... Ex. 5<br>Laws Report .......... Ex. 22 |
| J-12 | | Scotlynn's Carrier Onboarding Process | | | Laws Report .......... Ex. 23 |
| J-13 | | Scotlynn's New Carrier Setup/Verification Process | | | Laws Report .......... Ex. 24 |
| J-14 | | Scotlynn's Claim Reference Guide | | | Laws Report .......... Ex. 25 |
| J-15 | | Scotlynn's Module 7 Load Management Driver Dispatch - Handout - One-page Guides | | | Kollker..................... Ex. 6<br>Laws Report .......... Ex. 26 |
| J-16 | | Scotlynn's Module 7 Load Management Driver Dispatch - Handout - What to Ask | | | Laws Report .......... Ex. 27 |
| J-17 | 09/07/16 | Titan Certificate of Liability Insurance | | | |

| (a) Joint Ex. No. | (b) Date of Document | (C) Description | (d) Objection & Basis | (e) Citation for Objection | Cross-Reference[2] |
|---|---|---|---|---|---|
| J-18 | 09/09/16 - 10/10/16 | QuickBooks Records of Titan Checks to Zaranski | | | |
| J-19 | 08/12/16 | Emails between Sowell and Miller | | | |
| J-20 | 09/21/16 | Emails between Scotlynn and Titan re: Carrier Confirmation | | | Borawski, W. ........ Ex. 9:3<br>Kollker.................... Ex. 2:3<br>Miller ..................... Ex. 3:3<br>Run ...................... Ex. 9:2-3<br>Zaranski ............ Ex. 9:2-3 |
| J-21 | 09/21/16 | Signed Carrier Confirmation | | | Borawski, W. ........ Ex. 9:1<br>Laws Report ........... Ex. 2<br>Sowell ...................... Ex. 2<br>Shore Report........... Ex. 2 |
| J-22 | 09/21/16 - 09/30/16 | Scotlynn Dispatch Notes | | | Laws Report ........... Ex. 3 |
| J-23 | 09/21/16 | FPL Invoice to Cargill | | | Bernier.................. Ex. 5:1<br>Laws Report .......... Ex. 13 |
| J-24 | 09/21/16 | FPL Outside Carrier Responsibilities (rev. 7/10/13) | | | Kritsch .................... Ex. 1<br>Laws Report .......... Ex. 13<br>Lowe ........................ Ex. 8<br>Lowe (Corp. Rep.)...... Ex. 1 |
| J-25 | 09/21/16 | FPL Outbound Load Standard Operating Procedures (rev. 2/15/15) | | | Bernier.................... Ex. 7<br>Kritsch .................... Ex. 2<br>Laws Report .......... Ex. 13<br>Lowe ........................ Ex. 7<br>Lowe (Corp. Rep.)...... Ex. 2 |
| J-26 | 09/20/16- 09/21/16 | FPL Finished Goods Report | | | Bernier.................... Ex. 4<br>Laws Report .......... Ex. 13<br>Lowe ........................ Ex. 1<br>Lowe (Corp. Rep.)...... Ex. 8 |
| J-27 | 09/21/16 | Bill of Lading, FPL Dispatch Print & FPL Pallet Report | | | Bernier.................... Ex. 1<br>Borawski, W. ...... Ex. 10:1<br>Laws Report .......... Ex. 13<br>Lowe ........................ Ex. 1<br>Lowe (Corp. Rep.)...............<br>.......... Ex. 7:1, 13<br>Run ...................... Ex. 7:1<br>Zaranski ............ Ex. 10:1 |
| J-28 | | FPL load diagram form | | | Kritsch .................... Ex. 3<br>Lowe (Corp. Rep.)...... Ex. 3 |

| (a) Joint Ex. No. | (b) Date of Document | (C) Description | (d) Objection & Basis | (e) Citation for Objection | Cross-Reference[2] |
|---|---|---|---|---|---|
| **J-29** | | FPL Bill of Lading Form | | | Kritsch ..................... Ex. 3<br>Lowe (Corp. Rep.)...... Ex. 3 |
| **J-30** | | FPL Green Tag | | | Lowe (Corp. Rep.)...... Ex. 4<br>Kritsch ..................... Ex. 4 |
| **J-31** | 09/23/16 | Arrival Bill of Lading | | | Benedict.................... Ex. 2<br>Davis.......................... Ex. 5<br>Borawski, W. ......... Ex. 10<br>Kollker ...................... Ex. 3<br>Laws Report ............ Ex. 4<br>Run ......................... Ex. 10<br>Stegman .................... Ex. 8<br>Sowell ..................... Ex. 10<br>Zaranski ................ Ex. 10 |
| **J-32** | 09/23/16 | Texts between Sowell & Zaranski re: Tipped Combos | | | Sowell ..................... Ex. 10 |
| **J-33** | 09/23/16 | Photos from Zaranski to Sowell | | | Sowell ..................... Ex. 10 |
| **J-34** | 9/23/16 | Arrival Photo 1 | | | Bernier ..................... Ex. 2<br>Borawski, W. ......... Ex. 11<br>Davis.......................... Ex. 4<br>Laws Report ...... Ex. 5, 13<br>Lowe ........................ Ex. 2<br>Run ......................... Ex. 11<br>Shore Report............ Ex. 5<br>Sowell ..................... Ex. 9<br>Zaranski ................ Ex. 11 |
| **J-35** | 9/23/16 | Arrival Photo 2 | | | Same as 34 |
| **J-36** | 9/23/16 | Arrival Photo 3 | | | Same as 34 |

| (a) Joint Ex. No. | (b) Date of Document | (C) Description | (d) Objection & Basis | (e) Citation for Objection | Cross-Reference[2] |
|---|---|---|---|---|---|
| **J-37** | 9/23/16 | Arrival Photo 4 | | | Same as 34 |
| **J-38** | 9/23/16 | Arrival Photo 5 | | | Same as 34 |
| **J-39** | 9/23/16 | Arrival Photo 6 | | | Same as 34 |
| **J-40** | 9/23/16 | Arrival Photo 7 | | | Same as 34 |
| **J-41** | 9/23/16 | Arrival Photo 8 | | | Same as 34 |
| **J-42** | 9/23/16 | FPL-Cargill email thread re: shifted load | | | Kritsch .................. Ex. 10<br>Laws Report .......... Ex. 14<br>Lowe (Corp. Rep.).... Ex. 10<br>Miller ....................... Ex. 1<br>Middleton ................ Ex. 1<br>Stegman .................. Ex. 5 |
| **J-43** | 9/23/16 | Cargill-FPL Email Thread | | | Davis........................ Ex. 4<br>Lowe (Corp. Rep.)...... Ex. 9<br>Kritsch .................... Ex. 9<br>Stegman .................. Ex. 6 |
| **J-44** | | Cargill OS&D Manual | | | Stegman .................. Ex. 3 |
| **J-45** | 9/23/16 | A. Kritsch-R. Miller-R. Sowell Email Thread re: rejection | | | |
| **J-46** | 9/23/16 | Sowell Phone Log Screenshots | | | Sowell .................... Ex. 11 |

| (a) Joint Ex. No. | (b) Date of Document | (C) Description | (d) Objection & Basis | (e) Citation for Objection | Cross-Reference[2] |
|---|---|---|---|---|---|
| J-47 | 9/30/16 | Emails between Scotlynn and Lancer re: Documents | | | Laws Report .......... Ex. 15 |
| J-48 | 2016 | Sowell Cell Call Log | | | |
| J-49 | | Verizon Records – Sowell (850)508-8097 | | | |
| J-50 | | Verizon Records – Zaranski (630)981-1555 | | | |
| J-51 | | Verizon Records – Kollker (812)455-2309 | | | |
| J-52 | | ATT Records Key | | | |
| J-53 | | ATT Records – Manny (Mobility) (224)234-2091 | | | |
| J-54 | | ATT Records – Manny (Wireline) (224)234-2091 | | | |
| J-55 | | ATT Records – Miller (Mobility) (478)459-1331 | | | |
| J-56 | | ATT Records – Miller (Wireline) (478)459-1331 | | | |
| J-57 | 09/23/16 – 09/24/16 | Sowell Texts to Kollker | | | |
| J-58 | 9/25/16 | Stegman email to herself | | | Laws Report .......... Ex. 14<br>Miller ....................... Ex. 1 |
| J-59 | 09/25/16 – 9/26/16 | FPL-Cargill emails re: address of Cargill claims | | | Borawski, A. .......... Ex. 21<br>Kritsch ................... Ex. 11<br>Laws Report .......... Ex. 11<br>Lowe (Corp. Rep.).... Ex. 11<br>Stegman ................ Ex. 11<br>Zaranski ................ Ex. 21 |
| J-60 | | FPL Claim to Cargill | | | Kritsch ................... Ex. 12<br>Lowe (Corp. Rep.).... Ex. 12<br>Stegman ................ Ex. 10 |
| J-61 | 09/26/16 | Scotlynn internal Email Thread re: Claim | | | Marrapese ............... Ex. 2 |
| J-62 | 09/26/16 | R. Sowell & Titan Email re Carrier Confirmation | | | Marrapese ............... Ex. 1<br>Run ....................... Ex. 15<br>Zaranski ................ Ex. 15 |

| (a) Joint Ex. No. | (b) Date of Document | (C) Description | (d) Objection & Basis | (e) Citation for Objection | Cross-Reference[2] |
|---|---|---|---|---|---|
| **J-63** | 09/26/16 | Carrier Confirmation | | | Borawski, W. ......... Ex. 15<br>Laws Report ........... Ex. 15<br>Marrapese ................. Ex. 1<br>Run ........................ Ex. 15<br>Sowell .............. Ex. 12:1-2<br>Zaranski ................ Ex. 15 |
| **J-64** | 09/26/16 | Scotlynn-Cargill Email Thread | | | Marrapese ................ Ex. 4 |
| **J-65** | 09/26/16 | Emails b/w Marrapese & Rossi | | | Marrapese ................ Ex. 3 |
| **J-66** | 9/26/16 | Stegman email with Cargill Claim | | | |
| **J-67** | | Cargill Summary of Scotlynn Claims | | | Stegman .................. Ex. 1 |
| **J-68** | 09/24/09 | Cargill Scotlynn Commodities Contract | | | Laws Report .......... Ex. 14<br>Miller ....................... Ex. 1 |
| **J-69** | | Cargill Claims Procedure (rev. 06/19/09) | | | Kollker..................... Ex. 4<br>Laws Report .......... Ex. 14<br>Miller ....................... Ex. 1<br>Sowell ..................... Ex. 8<br>Stegman ................. Ex. 2 |
| **J-70** | 09/26/16 – 09/27/16 | Marrapese & Titan Laws Emails | | | Marrapese ................ Ex. 5<br>Miller ....................... Ex. 1 |
| **J-71** | 09/27/16 | Scotlynn Final Claim Notice & Documents | | | Borawski, W. ......... Ex. 17<br>Laws Report ...... Ex. 7, 14<br>Run ........................ Ex. 17<br>Zaranski ................ Ex. 17 |
| **J-72** | 09/27/16 | Marrapese Email to Randall | | | Marrapese ................ Ex. 6 |
| **J-73** | 09/25/16 – 10/09/16 | Kingsland Invoices to Titan | | | Borawski, W. ......... Ex. 17<br>Zaranski ................ Ex. 19 |
| **J-74** | 09/28/16 – 09/29/16 | Titan – Lancer Emails re Claim | | | |
| **J-75** | 09/28/16 | Lancer Claim Notes | | | Laws Report .... Ex. 16:1-5<br>Zaranski ......... Ex. 23:1-5 |
| **J-76** | 09/30/16 | Scotlynn – Cargill emails re: rights to handle cargo | | | Kritsch ................... Ex. 14<br>Lowe (Corp. Rep.).... Ex. 14<br>Stegman .................. Ex. 7 |

| (a) Joint Ex. No. | (b) Date of Document | (C) Description | (d) Objection & Basis | (e) Citation for Objection | Cross-Reference[2] |
|---|---|---|---|---|---|
| **J-77** | 09/30/16 | S. Varanese & J. Marrapese Emails | | | Laws Report .......... Ex. 15 |
| **J-78** | 09/30/16 | Lancer Letter | | | Laws Report .......... Ex. 15 |
| **J-79** | 09/30/16 | Titan Invoice to Scotlynn | | | Borawski, W. ......... Ex. 16<br>Zaranski ................. Ex. 16 |
| **J-80** | 09/30/16 | FranSan Meats Purchase Order to Benedict | | | Davis......................... Ex. 2 |
| **J-81** | 09/30/16 | Invoice from FranSan Meats to Louis Tamez | | | Davis......................... Ex. 3 |
| **J-82** | 10/03/16 – 10/10/16 | Marrapese & Varanese Email Thread re: pics and shelf life | | | Marrapese ................ Ex. 7 |
| **J-83** | 10/03/16 – 1/18/16 | Lancer - Benedict Emails re: salvage | | | Benedict ................... Ex. 3<br>Laws Report .......... Ex. 12<br>Shore Report........... Ex. 15 |
| **J-84** | 10/03/16 | Scotlynn - Lancer emails re: pictures | | | Benedict .......... Ex. 3 (w/o photos)<br>Laws Report .......... Ex. 12 |
| **J-85** | 10/04/16 | Benedict Invoice to FranSan Meats | | | Benedict ................... Ex. 1<br>Davis......................... Ex. 1<br>Laws Report .......... Ex. 12<br>Shore Report........... Ex. 15 |
| **J-86** | 11/04/16 | Scotlynn Check to Cargill | | | |
| **J-87** | | Cargill Assignment to Scotlynn | | | |
| **J-88** | 10/25/16 | FPL Credit to Cargill | | | Bernier.................... Ex. 5:2<br>Laws Report .......... Ex. 13 |
| **J-89** | 10/10/16 | A. Kritsch-R. Miller-R. Sowell-J. Marrapese Emails | | | |
| **J-90** | 10/11/16 | Email from Titan to Scotlynn regarding  new owners | | | Laws Report ............ Ex. 6 |
| **J-91** | 10/31/16 | Titan Email with Stock Purchase Agreement | | | Borawski, A. .......... Ex. 18<br>Borawski, W. ......... Ex. 18<br>Zaranski ................. Ex. 18<br>Laws Report ............ Ex. 6 |

| (a) Joint Ex. No. | (b) Date of Document | (C) Description | (d) Objection & Basis | (e) Citation for Objection | Cross-Reference[2] |
|---|---|---|---|---|---|
| **J-92** | 11/08/16-11/09/16 | S. Varanese & J. Marrapese Emails re Claim | | | |
| **J-93** | 11/08/16 | R. Sowell & R. Miller Emails | | | |
| **J-94** | 11/08/16 - 11/09/16 | Scotlynn – Lancer Emails re: Claim | | | |
| **J-95** | 11/16/16 | R. Sowell emails to Miller and Wilbanks | | | |
| **J-96** | 11/25/16 | FPL Food Debit Memo to Cargill | | | Bernier ..................... Ex. 3<br>Kritsch ..................... Ex. 6<br>Laws Rpt. ............... Ex. 13<br>Lowe ......................... Ex. 6<br>Lowe (Corp. Rep.).... Ex. 13<br>Zaranski .................. Ex. 28 |
| **J-97** | 12/24/16 | Sowell, Miller, Wilbanks Texts | | | Kritsch ..................... Ex. 6<br>Lowe ......................... Ex. 6<br>Lowe (Corp. Rep.)...... Ex. 6<br>Zaranski .................. Ex. 28 |
| **J-98** | 2015-2018 | Texts between Sowell & Wilbanks | | | Kritsch ..................... Ex. 6<br>Lowe ......................... Ex. 6<br>Lowe (Corp. Rep.)...... Ex. 6<br>Zaranski .................. Ex. 28 |
| **J-99** | 2015-2016 | Texts between Sowell & Miller | | | Kritsch ..................... Ex. 6<br>Lowe ......................... Ex. 6<br>Lowe (Corp. Rep.)...... Ex. 6<br>Zaranski .................. Ex. 28 |
| **J-100** | 2019 | FPL Photo 01 | | | Lowe ......................... Ex. 6<br>Lowe (Corp. Rep.)...... Ex. 6<br>Kritsch ..................... Ex. 6<br>Zaranski ................. Ex. 28 |
| **J-101** | 2019 | FPL Photo 02 | | | Same as J100 |
| **J-102** | 2019 | FPL Photo 03 | | | Same as J100 |

| (a) Joint Ex. No. | (b) Date of Document | (C) Description | (d) Objection & Basis | (e) Citation for Objection | Cross-Reference[2] |
|---|---|---|---|---|---|
| J-103 | 2019 | FPL Photo 04 | | | Same as J100 |
| J-104 | 2019 | FPL Photo 05 | | | Same as J100 |
| J-105 | 2019 | FPL Photo 06 | | | Same as J100 |
| J-106 | 2019 | FPL Photo 07 | | | Same as J100 |
| J-107 | 2019 | FPL Photo 08 | | | Same as J100 |
| J-108 | 2019 | FPL Photo 09 | | | Same as J100 |
| J-109 | 11/06/19 | Expert Report of Michael Laws | | | Laws ...................... Ex. 14 Shore Report............ Ex. 6 |
| J-110 | 11/06/19 | Michael Laws CV | | | |
| J-111 | 11/06/19 | Exhibit 28 – Laws Report of Michael (See Exhibit A for all Exhibit References) | | | Laws ...................... Ex. 15 |
| J-112 | | Michael Laws' Notes | | | Laws ...................... Ex. 16 |
| J-113 | | Michael Laws' Notes | | | Laws ...................... Ex. 17 |
| J-114 | | Michael Laws' Notes | | | Laws ...................... Ex. 18 |
| J-115 | 01/09/20 | Deposition of Michael Laws | | | |
| J-116 | 01/06/20 | Roger Shore Rebuttal Report and Referenced Exhibits (See Exhibit A for Exhibit References) | | | Shore........................ Ex. 4 |
| J-117 | 01/06/20 | Roger Shore CV | | | Shore........................ Ex. 2 |
| J-118 | | INTENTIONALLY LEFT BLANK | | | |
| J-119 | 12/??/19 | Roger Shore Notes | | | Shore........................ Ex. 3 |

| (a) Joint Ex. No. | (b) Date of Document | (C) Description | (d) Objection & Basis | (e) Citation for Objection | Cross-Reference[2] |
|---|---|---|---|---|---|
| J-120 | 06/03/20 | First Supplemental Report of Roger Shore - Redline | | | Shore.........................Ex. 7 |
| J-121 | 06/09/20 | Deposition of Roger Shore | | | |
| J-122 | 01/13/20 | Monroe Moore Affidavit | | | |
| J-123 | 07/24/19 | Boguslaw Zaranski Affidavit | | | Zaranski ................. Ex. 13<br>Borawski, W. ........ Ex. 13<br>Laws Report .......... Ex. 11<br>Shore.........................Ex. 6<br>Shore Report... Ex. 7A ,14 |
| J-124 | 11/15/19 | Deposition of Boguslaw Zaranski Vol I and II | | | |
| J-125 | 11/15/19 | Video of Zaranski Deposition Testimony | | | |
| J-126 | 01/09/20 | Deposition of Kevin Kollker | | | |
| J-127 | 01/20/19 | Kevin Kollker Affidavit | | | Kollker.....................Ex. 1<br>Laws Report .......... Ex. 10<br>Shore Report.......... Ex. 13 |
| J-128 | 01/09/20 | Deposition of Richie Sowell | | | |
| J-129 | | Photos of beef with circle | | | Sowell .......................Ex. 9 |
| J-130 | 08/19/19 | Richie Sowell Affidavit | | | Laws Report .......... Ex. 9<br>Shore Report.......... Ex. 12<br>Sowell .......................Ex. 7 |
| J-131 | 01/10/20 | Deposition of Rick Miller | | | |
| J-132 | 08/16/19 | Rick Miller Affidavit | | | Laws Report ........... Ex. 8<br>Miller ........................ Ex. 2<br>Shore Report.......... Ex. 11 |
| J-133 | 02/21/20 | Deposition of Joe Marrapese | | | |
| J-134 | 11/11/19 | Deposition of Pawal Run | | | |
| J-135 | 11/11/19 | Deposition of Walter Borawski | | | |
| J-136 | 10/24/18 | Walter Borawski Affidavit | | | Zaranski ................. Ex. 20 |
| J-137 | 11/11/19 | Deposition of Agnes Borawski | | | |

| (a) Joint Ex. No. | (b) Date of Document | (C) Description | (d) Objection & Basis | (e) Citation for Objection | Cross-Reference[2] |
|---|---|---|---|---|---|
| J-138 | 10/24/18 | Agnes Borawski Affidavit | | | Zaranski ................. Ex. 22<br>Borawski, A. .......... Ex. 22 |
| J-139 | 12/17/19 | Deposition of Jerry Lowe | | | |
| J-139-1 | | Video of Deposition of Jerry Lowe | | | |
| J-140 | 02/20/20 | Deposition of Jerry Lowe as Corp Rep of FPL | | | |
| J-141 | 12/17/19 | Deposition of Antoine Bernier | | | |
| J-141-1 | 12/17/19 | Video Deposition of Antoine Bernier | | | |
| J-142 | 02/21/20 | Deposition of Jason Middleton | | | |
| J-143 | 02/18/20 | Deposition of Amberly Kritsch | | | |
| J-144 | 02/13/20 | Deposition of Tamara Stegman | | | |
| J-145 | 02/13/20 | Photos of beef with circles and notes | | | Stegman ................... Ex. 4 |
| J-146 | 02/13/20 | Bill of Lading with circled photo | | | Stegman ................... Ex. 8 |
| J-147 | | INTENTIONALLY LEFT BLANK | | | |
| J-148 | 02/24/20 | Deposition of Steve Benedict | | | |
| J-149 | 02/19/20 | Deposition of Reginald Davis | | | |
| J-150 | 11/01/19 | Defendant's Responses to Plaintiff's First Interrogatories | | | Zaranski ................. Ex. 27 |
| J-151 | 11/01/19 | Defendant's Responses to Plaintiff's First Requests for Production | | | Zaranski ................. Ex. 26<br>Borawski, W. ......... Ex. 26 |

| (a) Joint Ex. No. | (b) Date of Document | (C) Description | (d) Objection & Basis | (e) Citation for Objection | Cross-Reference[2] |
|---|---|---|---|---|---|
| **J-152** | 03/10/20 | Plaintiff's Answers to Defendant's First Set of Interrogatories | | | |
| **J-153** | 03/10/20 | Plaintiff's Responses to Defendant's First Requests for Admissions | | | |
| **J-154** | 03/10/20 | Plaintiff's Responses to Defendant's First Requests for Production | | | |
| **J-155** | 03/11/20 | Defendant's Responses to Plaintiff's Second Interrogatories | | | |
| **J-156** | 03/10/20 | Defendant's Responses to Plaintiff's Second Requests for Production | | | |
| **J-157** | 03/10/20 | Defendant's Responses to Plaintiff's Requests for Admissions | | | |
| **J-158** | 01/27/20 | Defendant's Responses to Expert Interrogatories | | | |
| **Plaintiff's Demonstrative Exhibits[3]** | | | | | |
| **DE-1** | | 53' Trailer with tape measure (bumper visible) | | | |
| **DE-2** | | 53' Trailer with tape measure – closeup (no bumper visible) | | | |

---

[3] At present, the use of demonstrative exhibits has not been agreed upon.

| (a) Joint Ex. No. | (b) Date of Document | (C) Description | (d) Objection & Basis | (e) Citation for Objection | Cross-Reference[2] |
|---|---|---|---|---|---|
| **DE-3** | | Close up view of inside of trailer | | | |
| **DE-4** | | View of inside of trailer from a few feet away | | | |
| **DE-5** | | Close up view of inside of trailer | | | |
| **DE-6** | | Side view of Trailer with doors fully open | | | |
| **DE-7** | | Trailer with doors closed | | | |
| **DE-8** | | Joe Marrapese standing beside Trailer with doors closed | | | |
| **DE-9** | | Joe Marrapese standing beside Trailer with one door open | | | |
| **DE-10** | | Joe Marrapese standing beside trailer with both doors open | | | |

| (a) Joint Ex. No. | (b) Date of Document | (C) Description | (d) Objection & Basis | (e) Citation for Objection | Cross-Reference[2] |
|---|---|---|---|---|---|
| **DE-11** | |  Joe Marrapese standing beside trailer with both doors partially open | | | |
| **DE-12** | | Joe Marrapese standing beside trailer with both doors slightly open | | | |

Respectfully submitted on Friday, April 16, 2021.

**MICHAEL J. CONNICK CO., L.P.A.**   **ESQUIVEL LAW, CHARTERED**

/s/Michael J. Connick                          /s/Katy Koestner Esquivel

Michael J. Connick                               Katy Koestner Esquivel

*Admitted Pro Hac Vice*                        Florida Bar No. 0159484

Ohio Bar No. 0046624                          Moorings Professional Building

301 Main St., Suite H                           2335 Tamiami Trail North

Zanesville, OH 43701                           Suite 301

Tel: (216)924-2010                              Naples, FL 34103-4457

mconnick@MJ-Connick.com              Telephone: (239)206-3731

*Attorneys for Plaintiff*                          Facsimile: (239)431-3942

                                                         kke@esquivel-law.com

                                                         *Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on Friday, April 16, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which served the foregoing upon all counsel of record.

/s/Katy Koestner Esquivel
Katy Koestner Esquivel

# EXHIBIT A

## STEVE BENEDICT DEPOSITION

Benedict Ex. 1 ..........................................J-85

Benedict Ex. 2 ..........................................J-31

Benedict Ex. 3 ..........................................J-83, J-84 (without photos)

## ANTIONE BERNIER DEPOSITION

Bernier Ex. 1..............................................J-27

Bernier Ex. 2 .............................................J-34-J-40

Bernier Ex. 3..............................................J-96

Bernier Ex. 4..............................................J-26

Bernier Ex. 5..............................................J-23; J-88

Bernier Ex. 7..............................................J-2

## AGNES BOROWSKI DEPOSITION

Borowski, A. Ex. 18 ..................................J-91

Borowski, A. Ex. 21 ..................................J-59

## WALTER BOROWSKI DEPOSITION

Borowski, W. Ex. 4.....................................J-4

Borowski, W. Ex. 5.....................................J-7

Borowski, W. Ex. 6.....................................J-9

Borowski, W. Ex. 7.....................................J-6

Borowski, W. Ex. 8.....................................J-8

Borowski, W. Ex. 9.....................................J-21:1, J-20:3

Borowski, W. Ex. 14...................................J-2

Borowski, W. Ex. 10...................................J-27:1, J-31

Borowski, W. Ex. 11...................................J-34-J-40

Borowski, W. Ex. 13...................................J-123

Borowski, W. Ex. 14...................................J-2
Borowski, W. Ex. 15...................................J-63, J-62
Borowski, W. Ex. 16...................................J-79
Borowski, W. Ex. 17...................................J-71
Borowski, W. Ex. 18...................................J-91
Borowski, W. Ex. 19...................................J-73
Borowski, W. Ex.  26...............................J-151

## REGGIE DAVIS DEPOSITION

Davis Ex. 1 ...............................................J-85
Davis Ex. 2 ...............................................J-80
Davis Ex. 3 ...............................................J-81
Davis Ex. 4 ...............................................J-43
Davis Ex. 5 ...............................................J-31

## KEVIN KOLLKER DEPOSITION

Kollker Ex. 1 ...........................................J-127
Kollker Ex. 2 ...........................................J-20-3
Kollker Ex. 3 ...........................................J-31
Kollker Ex. 4 ...........................................J-69
Kollker Ex. 5 ...........................................J-10, J-11
Kollker Ex. 6 ...........................................J-15

## AMBERLY KRITSCH DEPOSITION

Kritsch Ex. 1.............................................J-24
Kritsch Ex. 2.............................................J-25
Kritsch Ex. 3.............................................J-28
Kritsch Ex. 4.............................................J-30
Kritsch Ex. 5.............................................J-29
Kritsch Ex. 6.............................................J-100 to J-108
Kritsch Ex. 9.............................................J-43

Kritsch Ex. 10.............................................J-42
Kritsch Ex. 11.............................................J-59
Kritsch Ex. 12.............................................J-60
Kritsch Ex. 13.............................................J-27
Kritsch Ex. 14.............................................J-76

## MIKE LAWS DEPOSITION

Laws Ex. 13...............................................Not in Evidence (Depo Notice)
Laws Ex. 14...............................................J-109, J-110
Laws Ex. 15...............................................J-111
Laws Ex. 16...............................................J-112
Laws Ex. 17...............................................J-113
Laws Ex. 18...............................................J-114

## MIKE LAWS REPORT EXHIBIT CROSS REFERENCES

Ex. 1 ........................................................J-2, J-3,
Ex. 2 ........................................................J-21
Ex. 3 ........................................................J-22
Ex. 4 ........................................................J-31
Ex. 5 ........................................................J-34 to J-41
Ex. 6 ........................................................J-90, J-91
Ex. 7 ........................................................J-71
Ex. 8 ........................................................J-132
Ex. 9 ........................................................J-130
Ex. 10 ......................................................J-127
Ex. 11 ......................................................J-123
Ex. 12 ......................................................J-85, J-83, J-84
Ex. 13 ......................................................J-23, J-27, J-34 to J-41, J-88, J-96,
Ex. 14 ......................................................J-42, J-58, J-59, J-68, J-69, J-71
Ex. 15 ......................................................J-47, J-62, J-63, J-78
Ex. 16 ......................................................J-75:1-5
Ex. 17 ......................................................J-6

Ex. 18 ...........................................J-9
Ex. 19 ...........................................J-7
Ex. 20 ...........................................J-8
Ex. 21 ...........................................J-10
Ex. 22 ...........................................J-11
Ex. 23 ...........................................J-12
Ex. 24 ...........................................J-13
Ex. 25 ...........................................J-14
Ex. 26 ...........................................J-15
Ex. 27 ...........................................J-16
Ex. 28...........................................J-111

## JERRY LOWE DEPOSITION

Lowe Ex. 1...............................................J-26
Lowe Ex. 2...............................................J-34- J-41
Lowe Ex. 6...............................................J-100 to J-108
Lowe Ex. 7...............................................J-25
Lowe Dep Ex. 8 .........................................J-24
Lowe Dep Ex. 9 .........................................Not in evidence
Lowe Dep Ex. 10 .......................................Not in evidence

## JERRY LOWE DEPOSITION AS CORP. REP. OF FPL FOODS

Lowe(Corp. Rep) Ex. 1.............................J-24
Lowe (Corp. Rep) Ex. 2............................J-25
Lowe (Corp. Rep) Ex. 3............................J-28
Lowe (Corp. Rep) Ex. 4............................J-30
Lowe (Corp. Rep) Ex. 5............................J-29
Lowe (Corp. Rep) Ex. 6............................J-100 to J-108
Lowe (Corp. Rep) Ex. 7............................J-27:1
Lowe (Corp. Rep) Ex. 8............................J-26
Lowe (Corp. Rep) Ex. 9............................J-43

Lowe (Corp. Rep) Ex. 10.........................J-42
Lowe (Corp. Rep) Ex. 11.........................J-59
Lowe (Corp. Rep) Ex. 12.........................J-60
Lowe (Corp. Rep) Ex. 13.........................J-27
Lowe (Corp. Rep) Ex. 14.........................J-76

## J-OE MARRAPESE DEPOSITION

Marrapese Ex. 1......................................J-62:2, 63
Marrapese Ex. 2......................................J-61
Marrapese Ex. 3......................................J-65
Marrapese Ex. 4......................................J-64
Marrapese Ex. 5......................................J-70
Marrapese Ex. 6......................................J-72
Marrapese Ex. 7......................................J-82

## JASON MIDDLETON DEPOSITION

Middleton Ex. 1.....................................J-42

## RICK MILLER DEPOSITION

Miller Ex. 1..............................................J-68, J-69, J-59, J-58, J-72
Miller Ex. 2..............................................J-132
Miller Ex. 3..............................................J-20-3

## PAWAL RUN DEPOSITION

Run Ex. 1 ...................................................Not in evidence
Run Ex. 2 ...................................................Not in evidence
Run Ex. 5 .................................................J-7
Run Ex. 6 .................................................J-9
Run Ex. 7 .................................................J-6
Run Ex. 8 .................................................J-8
Run Ex. 9 .................................................J-20:2-3

Run Ex. 10 ...............................................J-27:1, J-31
Run Ex. 11 ...............................................J-34-41
Run Ex. 15 ...............................................J-62:2, J-63
Run Ex. 17 ...............................................J-71

## CAPTAIN ROGER SHORE DEPOSITION

Shore Ex. 1 ..............................................Not in Evidence
Shore Ex. 2 ..............................................J-117
Shore Ex. 3 ..............................................J-119
Shore Ex. 4 ..............................................J-116
Shore Ex. 5 ..............................................Not in Evidence
Shore Ex. 6 ..............................................J-123
Shore Ex. 7  .............................................J-120
Shore Ex. 8  .............................................Not in Evidence

## CAPTAIN ROGER SHORE REBUTTAL REPORT EXHIBITS

Ex. 1.......................................................J-1, J-2
Ex. 2.......................................................J-117
Ex. 3.......................................................J-21
Ex. 4.......................................................J-22
Ex. 5.......................................................J-34-41
Ex. 6.......................................................J-109-J-111
Ex. 7.......................................................Doc. No. 46
Ex. 7A.....................................................J-123
Ex. 8.......................................................J-71
Ex. 9.......................................................J-71
Ex. 10.....................................................J-27
Ex. 11.....................................................J-132
Ex. 12.....................................................J-130
Ex. 13.....................................................J-127
Ex. 14.....................................................J-123

Ex. 15............................................................J-83, J-85,
Ex. 16............................................................J-24:1-9
Ex. 17............................................................J-10-J-16
Ex. 18............................................................J-6-J-9
Ex. 19............................................................J-111

## RICHIE SOWELL DEPOSITION

Sowell Ex. 7..........................................J-130
Sowell Ex. 8..........................................J-69
Sowell Ex. 9..........................................J-34-41; J-129
Sowell Ex. 10.........................................J-32-33
Sowell Ex. 11.........................................J-46
Sowell Ex. 12.........................................J-63:1-2

## TAMARA STEGMAN DEPOSITION

Stegman Ex. 1 ........................................J-67
Stegman Ex. . 2 ......................................J-69
Stegman Ex. . 3 ......................................J-44
Stegman Ex. . 4 ......................................J-145
Stegman Ex. . 5 ......................................J-42
Stegman Ex. . 6 ......................................J-43
Stegman Ex. . 7 ......................................J-76
Stegman Ex. . 8 ......................................J-146
Stegman Ex. . 8 ......................................J-31
Stegman Ex. 9.........................................Not in evidence
Stegman Ex. . 10 .....................................J-60
Stegman Ex. . 11 .....................................J-59

## BOGUSLAW ZARANSKI

Zaranski Ex. 1.........................................Not in evidence
Zaranski Ex. 2.........................................Not in evidence

Exhibit A - Page 7 of 8

Zaranski Ex. 3...........................................Not in evidence
Zaranski Ex. 4...........................................J-4 (DL missing)
Zaranski Ex. 5...........................................J-7
Zaranski Ex. 6...........................................J-9
Zaranski Ex. 7...........................................J-6
Zaranski Ex. 8...........................................J-8
Zaranski Ex. 9...........................................J-20:2-3
Zaranski Ex. 10.........................................J-27:1, J-31
Zaranski Ex. 11.........................................J-34:41
Zaranski Ex. 12.........................................Not in evidence
Zaranski Ex. 13.........................................J-123
Zaranski Ex. 14.........................................J-2
Zaranski Ex. 15.........................................J-62:2, J-63
Zaranski Ex. 16.........................................J-79
Zaranski Ex. 17.........................................J-71
Zaranski Ex. 18.........................................J-91
Zaranski Ex. 19.........................................J-73
Zaranski Ex. 20.........................................J-136
Zaranski Ex. 21.........................................Not in evidence
Zaranski Ex. 22.........................................J-138
Zaranski Ex. 23.........................................J-75:1-5
Zaranski Ex. 24.........................................Not in evidence
Zaranski Ex. 25.........................................Not in evidence
Zaranski Ex. 26.........................................J-151
Zaranski Ex. 27.........................................J-150
Zaranski Ex. 28.........................................J-100 to 108
Zaranski Ex. 29.........................................Not in evidence