

# Invoice 0103648

| Report: | SOR0841 |
|---|---|
| Version: | 1.1.3.0 |
| Run By: | |
| Company: | FPLMP |

| Customer: | CARGILLREG - CARGILL INC. | Account Code : MRCAR150 |
|---|---|---|

| Invoice Address: | Delivery Address: | Return Address: |
|---|---|---|
| **2138 ROUTE 706** | **Cargill** | FPL Food Main Plant |
| **ATTENTION-ACCOUNTS PAYABLE** | **4700 N 132nd Street** | FPL Food LLC |
| **WYALUSING, PA** | **Butler, WI** | 1301 NEW SAVANNAH ROAD |
| **570-746-3000** | | AUGUSTA |
| | **53007** | GA 30901 |
| 18853 | | Tel: 1-706-722-2694 |

| ORDER NO | PURCHASE ORDER NO | DISPATCH NOTE | REFERENCE | INVOICE DATE | PAYMENT DATE | LOAD |
|---|---|---|---|---|---|---|
| 651308 | X126138 | 849219 | | 9/21/2016 | 9/28/2016 | 45057 |

| PRODUCT CODE | PRODUCT DESCRIPTION | QTY | WEIGHT | PRICE | NET VALUE | TOTAL VALUE |
|---|---|---|---|---|---|---|
| 20001 | BNLS BEEF 90 TRIM | 10 COMBO | 19962.000 LBS | 2.1312 LBS | 42543.01 | 42543.01 |
| 22090 | BNLS BEEF 90 TRIM | 11 COMBO | 22185.000 LBS | 2.1312 LBS | 47280.67 | 47280.67 |
| | **Totals:** | 21 | 42147.000 | | $89823.68 | $89823.68 |

| Total Amount Due in US Dollar | $89823.68 |
|---|---|

FOR CHECK PAYMENTS, PLEASE MAKE PAYABLE TO FPL FOOD, LLC, PO BOX 117123, Atlanta, Georgia 30368-7123

Product of US

U.S. District Court Middle District of Florida
**J023**
Case No. 2:18-cv-00521-JLB-NPM
Date Identified:_____
Date Admitted: April 19, 2021