| FPL Food LLC  **Standard Operating Procedures** | July 10, 2013 | ISO_QA-1.12-002 |
| --- | --- | --- |
|  | Page  1 of 4 | Revision  C |
| Subject: **Outside Carrier Responsibilities** | Originated By: Amberly Kritsch | Approved By: Amberly Kritsch |

### 1.0  PURPOSE

To ensure that all products that are being transported by outside carriers are handled according to the policies and procedures set forth by FPL Food, LLC.

### 2.0  SCOPE

2.1  FPL Food, LLC Contracted Outside Carriers

  2.1.1  The outside carrier's responsibilities will be communicated to the carrier's parent company by the transportation manager or designee.

  2.1.2  The carrier will be responsible for contracting and scheduling drivers who understand and meet all minimum qualifications of the company.

  2.1.3  All requirements will be communicated to each driver via the driver contact form.

  2.1.4  Any violations of the said protocol will result in the outside carrier taking responsibility for the load at its full value when deemed necessary.

  2.1.5  Carriers will be verified on the safer.fmcsa.dot.gov at a minimum of quarterly to verify eligibility.

2.2  Customer Pick Ups

  2.2.1  Customers, or their contracted carrier, will be responsible for the unit temperatures and security of the product on the trailer once they have been picked up from the facility.

  2.2.2  The seal number, unit set point, and current temperature will be recorded at the time of pick up.

  2.2.3  Product temperatures will be the facilities responsibility if the trailer's temperature recorder shows that during transportation the trailer temperature was controlled at the designated set point.

2.3  Carrier Responsibilities

**Revision History:**

| From | To | Date | Summary of changes | ECN Required? |
| --- | --- | --- | --- | --- |
|  | A | 05/29/2009 | Original Release | Yes |
| A | B | 08/16/12 | Modify 2.3.3.5 and include 2.3.34 and 2.3.5 |  |
| B | C | 07/10/2013 | Add verification on dot website | No |

FPL Food LLC  1301 New Savannah Road, Augusta 30901 (706) 722-2694
D:\Dropbox (Esquivel Law)\Esquivel Law Team Folder\Client Files\20180727 Scotlynn v Titan Trans\Documents\Subpoena Production\FPL Foods\ISO_QA-1.12-002 Shipping-Outside Carrier Responsibilities.doc

U.S. District Court Middle District of Florida
J024
Case No. 2:18-cv-00521-JLB-NPM
Date Identified:_____
Date Admitted: April 19, 2021

| FPL Food LLC | July 10, 2013 | ISO_QA-1.12-002 |
|---|---|---|
| **Standard Operating Procedures** | **Page** 2 of 4 | **Revision** C |
| **Subject: Outside Carrier Responsibilities** | **Originated By:** Amberly Kritsch | **Approved By:** Amberly Kritsch |

2.3.1 Temperature

    2.3.1.1   All trailers that are brought in for live loading must be cleaned and pre-cooled prior to being brought to the shipping dock.

    2.3.1.2   Trailers which are not cleaned and pre-cooled will not be loaded. Any detention fees associated with not being loaded if a trailer is not pre-cooled will be the responsibility of the carrier.

    2.3.1.3   All trailers must be maintained in a manner to assure that the trailer can maintain the proper temperature through delivery.

    2.3.1.4   If the trailer is not cooling, and the temperature rises more than five degrees above the set point, the shipping facility has the right to request that the load will need to be returned to the shipping plant for evaluation. This will be at no cost to the facility. Upon evaluation, the plant will notify the shipping company of the amount of the loss. Shipping liability will be up to the full value of all products transported.

    2.3.1.5   If a break down occurs, the shipping facility must be immediately notified. At this time, they will determine if any corrective actions can be taken including unloading at an authorized cold storage warehouse to protect the integrity of the product.

2.3.2 Stability of product on load

    2.3.2.1   Carriers will provide straps or load locks to ensure that loads do not shift during shipment.

    2.3.2.2   Straps which are provided prior to loading will be put in place by the shipping department during the loading procedure as deemed necessary.

    2.3.2.3   Upon pick up, it is the driver's responsibility to ensure that load locks or straps are in place. If a driver finds that there are no load locks or straps in place, they must either place load locks or straps on the load, or return the load to the dock to have them placed by shipping.

Revision History:

| From | To | Date | Summary of changes | Education Required? |
|---|---|---|---|---|
|  | A | 05/29/2009 | Original Release | Yes |
| A | B | 08/16/12 | Modify 2.3.3.5 and include 2.3.34 and 2.3.5 |  |
| B | C | 07/10/2013 | Add verification on dot website | No |

FPL Food LLC  1301 New Savannah Road, Augusta 30901 (706) 722-2694

D:\Dropbox (Esquivel Law)\Esquivel Law Team Folder\Client Files\20180727 Scotlynn v Titan Trans\Documents\Subpoena Production\FPL Foods\ISO_QA-1.12-002 Shipping-Outside Carrier Responsibilities.doc

| FPL Food LLC<br>**Standard Operating Procedures** | July 10, 2013 | ISO_QA-1.12-002 |
|---|---|---|
| | Page<br>3 of 4 | Revision<br>C |
| Subject:<br>**Outside Carrier Responsibilities** | Originated By:<br>Amberly Kritsch | Approved By:<br>Amberly Kritsch |

    2.3.2.4    Damage due to shifting of a load due to not having load locks or straps will be charged back to the carrier at full value.

2.3.3    Security

    2.3.3.1    Seals will be placed on all trailers by security at the time of shipment.

    2.3.3.2    The seal must be verified by the driver at the time of pick up.

    2.3.3.3    On multiple stop loads, additional seals will be included with the delivery paperwork.

    2.3.3.4    The seal will be applied at the stop and verified prior to travel.

    2.3.3.5    If it necessary to stop, the trailer will be stored in a secure location. If vehicle have been left parked and unattended, seal must be checked before returning to travel.

    2.3.3.6    If the trailer is in an unsecured location, and the seal has been broken, the load will need to be returned to the shipping plant for evaluation. This transportation will be at no cost to the facility. Upon evaluation, the plant will notify the shipping company of the amount of the loss. Shipping liability will be up to the full value of all products transported.

2.3.4    Cleanliness

    2.3.4.1    All vehicles must be in clean condition prior to loading. Vehicles must be free of strong odors.

    2.3.4.2    Documented cleaning procedures have to be maintained for all vehicles used for transportation of loads.

    2.3.4.3    Records of cleaning of vehicles must be available if requested.

2.3.5    Maintenance

    2.3.5.1    All vehicles must be maintained in a suitable condition to prevent damage to products during transit.

    2.3.5.2    Maintenance systems must be in place and documented.

    2.3.5.3    Maintenance records must be available if requested

**Revision History:**

| From | To | Date | Summary of changes | Education Required? |
|---|---|---|---|---|
| | A | 05/29/2009 | Original Release | Yes |
| A | B | 08/16/12 | Modify 2.3.3.5 and include 2.3.34 and 2.3.5 | |
| B | C | 07/10/2013 | Add verification on dot website | No |

| FPL Food LLC<br>**Standard Operating Procedures** | July 10, 2013 | ISO_QA-1.12-002 |
|---|---|---|
| | **Page** 4 of 4 | **Revision** C |
| **Subject:**<br>**Outside Carrier Responsibilities** | **Originated By:** Amberly Kritsch | **Approved By:** Amberly Kritsch |

## 3.0 RESPONSIBILITY

3.1 The driver is responsible for verifying the seal number, set point and destination prior to departure.

3.2 The driver is responsible for the safety and security of the load during transit.

3.3 The driver is responsible for providing with correct contact information in case of an emergency, and having all emergency dispatch numbers and shipping facility contact numbers.

3.4 The contract transportation company has the responsibility to provide load locks or straps to meet the customer needs.

3.5 The transportation department has the responsibility to provide seals for all loads.

3.6 The shipping department has the responsibility for assuring accurate paperwork is given, including set points and shipping facility contact numbers.

**Revision History:**

| From | To | Date | Summary of changes | Education Required? |
|---|---|---|---|---|
| | A | 05/29/2009 | Original Release | Yes |
| A | B | 08/16/12 | Modify 2.3.3.5 and include 2.3.34 and 2.3.5 | |
| B | C | 07/10/2013 | Add verification on dot website | No |