Mission Partnership Statement®
FPL *food*™, LLC

### 3.13.2.5 PROCESSING SPECIALITY LOADS

From time to time FPL will have "specialty" load of all steers or special grain fed cattle arrive at the gate. Usually these are coordinated ahead of time with security and the barn managers. These loads will be moved to the head of the line

### 3.13.2.6 CANADIAN CATTLE PROCESSING "AYE"

From time to time FPL will purchase cattle from Canada. The arrival of these loads will be coordinated with Security by the barn managers. All Canadian loads *will remain in the North 40 until* called. The barn managers have special off loading requirement for these cattle. Specifically there must be an empty pen on either side of the Canadian cattle and USDA must be present to "pop the lock" on the cattle truck.

**REMEMBER THE CANADIAN CATTLE TRUCKS MUST REMAIN IN THE NORTH 40 UNTIL CALLED FORWARD TO BUMP THE CHUTE BY THE BARN MANAGERS**

## 3.14 PROCESSING THE ENTRY & EXIT OF MEAT LOADS

The FPL Shipping Department is the single point of contact for all entry and exiting of meat loads. The contact information for the Shipping Department follows on the next page.

### Shipping (Meat Loads Inbound and Outbound)

| Name | Position | Office Phone | Cell Phone |
|---|---|---|---|
| Jerry Lowe | Shipping Manager | 706-922-5558 | 706-836-0484 |
| Wes Tibbs | Shipping Clerk (1st Shift) | 706-922-8199 | 706-799-0575 |
| John Mudd | Shipping Clerk (2nd Shift) | 706-922-5594 | 706-339-9787 |
| Audrey Gilliam | Administrative Asst. | 706-922-5583 | NA |
| Roy Heiple | Plant Manager | 706-922-5529 | 706-945-7200 |

**3.14.1 Processing Inbound (Entry) Meat Loads.** Inbound meat loads that arrive at FPL Augusta will be processed like other loads but with much *more critical data to capture on the details of the delivery*. We have got to be *very accurate* on all details of the delivery. *We do not want to process a "bad load" of meat without "sounding the alarm to the FPL Shipping Department.* Specifically, the officer will capture the following information and make sure it matches the drivers BOL accompanying the load.

1. Carrier Name, Driver Name
2. Time Into the Plant
3. Tractor Number
4. Trailer Number (Does it match BOL*)
5. Trailer Seal # (Does in match BOL?*)
6. Trailer Set Temp on BOL (Does the set temp on the reefer unit match the set temp on the BOL?*)
7. Trailer Box Temp (Is it within 10° above or below of the set temp?*)
8. Is the reefer generator fuel tank at ¾ full or more*?

231

 CONFIDENTIAL

Revision Date 2/15/15

U.S. District Court Middle District of Florida
**J025**
Case No. 2:18-cv-00521-JLB-NPM
Date Identified: _____
Date Admitted: April 19, 2021

Mission Partnership Statement®
FPL *food*™, LLC



9. Is the reefer generator operating properly without any fault code showing on the display*?

NOTE: If any of the items with the red * are out of tolerance notify the FPL shipping department immediately. Once you have captured all of the above information on the log – notify shipping of the arrival of the load. Take instruction from Shipping and relay the directions to the inbound carrier. See the completed truck log inbound example.

*Completed Truck Log Inbound Example (Appendix 31)*

**TRUCK IN / OUT LOG**

Date_____ Shift_____

*NOTE: IF A LOADED MEAT TRAILER ALL TEMP SET POINTS, TRAILER NUMBERS, SEAL NUMBERS, MUST MATCH BOL ON BOTH INBOUND AND OUTBOUND LOADS.*

*BOX TEMP MUST BE WITHIN 10 DEGREES ABOVE OR BELOW SET POINT TEMP – DON'T EXIT TRAILER IF OUTSIDE THESE LIMITS. CALL SHIPPING OFFICE IMMEDIATELY!!*

| Badge # | Carrier Name | Drivers Name | Time In | Trailer # In | Seal # In | Trailer Temp In | Fuel In Reefer Generator Tank | Reefer Generator Operation OK? (Yes or No) | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Bill Smith | 4:00 PM | 00045679 | 455678 | 20° | ¾ TANK | YES | | |
| | Integrity | Truck # | Time Out | Trailer # Out | Seal # Out | Trailer Temp Out | Outbound PO | # of Pallets | Outbound Destination | |
| | | 672 | | | | | | | | |
| Badge # | Carrier Name | Drivers Name | Time In | Trailer # In | Seal # In | Trailer Temp In | Fuel In Reefer Generator Tank | Reefer Generator Operation OK? (Yes or No) | | |
| | | | | | | | | | | |
| | | Truck # | Time Out | Trailer # Out | Seal # Out | Trailer Temp Out | Outbound PO | # of Pallets | Outbound Destination | |
| Badge # | Carrier Name | Drivers Name | Time In | Trailer # In | Seal # In | Trailer Temp In | Fuel In Reefer Generator Tank | Reefer Generator Operation OK? (Yes or No) | | |
| | | | | | | | | | | |
| | | Truck # | Time Out | Trailer # Out | Seal # Out | Trailer Temp Out | Outbound PO | # of Pallets | Outbound Destination | |
| Badge # | Carrier Name | Drivers Name | Time In | Trailer # In | Seal # In | Trailer Temp In | Fuel In Reefer Generator Tank | Reefer Generator Operation OK? (Yes or No) | | |
| | | | | | | | | | | |
| | | Truck # | Time Out | Trailer # Out | Seal # Out | Trailer Temp Out | Outbound PO | # of Pallets | Outbound Destination | |

All drivers will be presented and will be required read the FPL GMP Policy.

| Procedure Title | Procedure Number | Revision Date | Revision |
|---|---|---|---|
| Truck IN/OUT Log | BRC – SEC / 006 | 2.6.2015 | B |

232

**CONFIDENTIAL**

**Revision Date 2/15/15**

*Mission Partnership Statement®*
*FPL food™, LLC*

**3.14.2 Processing (Exit) Outbound Meat Loads.** Outbound meat loads to FPL offsite storage (AmeriCold), FPL FOOD Columbia, South Carolina, or to customer locations in the United States will be processed in a similar way but with a requirement to capture *more critical data to capture on the details of the outbound load.* As with the inbound loads we have got to be *very accurate* on all details of the load exiting the facility. *We cannot allow meat trailer to exit the facility that do not meet FPL standards for load integrity and food safety. All issues with outbound load must be brought to the attention of the FPL Shipping Department.*

**3.18.1 FPL Carriers.** There are 4 contract carriers that provide transportation service for FPL Meat Load, they are: Amodeo (FPL In house Carrier), Integrity, Davis and Coyotes.

**3.18.2 PICK UP OF DROP LOADS.** Only Amodeo FPL's "in house" carrier can arrive at FPL without a PO number for a drop load and enter FPL Property. Carrier drivers from Integrity, Davis, Coyotes, will arrive at the FPL Security Office (Truck Gate) with a trailer to be dropped and then loaded will provide the Security Officer with a 6 digit PO pick up number. Provided with that number Security will call Shipping at Extension "5583" and state that a driver is here from (Carrier name) and then provide shipping with the PO pick up number. Shipping will validate that number with their records and if the number is correct the following will occur:

 a. Security will tell the driver to move to the back 40.
 b. Move the trailer tandem wheel back to rear and disconnect from the trailer.
 c. Based on Shipping instructions relayed by security to the driver the driver will adjust the trailer refrigeration "set temperature" to one of 3 setting for pre-cooling.
     -10 degrees, + 20 degrees or +25 degrees
 d. Driver will stay at FPL until the load is ready

NOTE: Amodeo drivers can leave FPL property. But they must leave a contact number so we can call them when the load is ready for pick-up.



 e. The yard driver will come to the back and pick up the trailer and move to the FPL shipping docks for loading
 f. Once loading is complete the trailer closed up and pulled off the dock
 g. The temperature on the reefer unit is set to a predetermined temperature and a "green" card with the **date, trailer number, seal number, and set temp** is prepared and attached to back of trailer. Shipping assembles the paperwork and calls security and instructs the officer to contact the driver to come in and pick up load.
 h. Driver is *processed in* on the FPL TRUCK IN / OUT LOG
 i. Driver picks up load and returns to gate where he is met by security.
 j. The load is processed out on the FPL TRUCK IN / OUT LOG by security and assuming all paperwork is in order is allowed to depart FPL Property.

233

█████████ **CONFIDENTIAL**          **Revision Date 2/15/15**

Mission Partnership Statement®
FPL *food*™, LLC

### 3.14.3 OUTBOUND LOAD PAPERWORK (BILL OF LADING "BOL") AND SUPPORTING DOCUMENTS.

When the outbound carrier arrives at the gate the driver will have the shipping documents to include the

1. Load Check Out Procedure (1 copy
2. Bill of Lading (BOL) 3 copies
3. Green Load Card
4. Dispatch Print. Identifies what is on the truck.

Use these documents in processing the load out of the shipment.





234

 CONFIDENTIAL

Revision Date 2/15/15

FPL FOODS 016

Mission Partnership Statement®
FPL *food*™, LLC



Based on the above BOL the TRUCK IN / OUT LOG would be completed as follows

**TRUCK IN / OUT LOG**

Day 1-13-2015  Shift 7:00 AM to 3:00 PM

*NOTE: IF A LOADED MEAT TRAILER ALL TEMP SET POINTS, TRAILER NUMBERS, SEAL NUMBERS, MUST MATCH BOL ON BOTH INBOUND AND OUTBOUND LOADS.

*BOX TEMP MUST BE WITHIN 10 DEGREES ABOVE OR BELOW SET POINT TEMP—DON'T EXIT TRAILER IF OUTSIDE THESE LIMITS. CALL SHIPPING OFFICE IMMEDIATELY!!

| Badge # | Carrier Name | Drivers Name | Time In | Trailer # In | Seal # In | Trailer Temp In | Fuel In Reefer Generator Tank | Reefer Generator Operation OK? (Yes or No) |
|---|---|---|---|---|---|---|---|---|
| | | J. Smith | 12:10 PM | | | | 3/4 | yes |
| | Amodeo | Truck # | Time Out | Trailer # Out | Seal # Out | Trailer Temp Out | Outbound PO | # of Pallets | Outbound Destination |
| | | | 12:51 PM | 53105 | 416171 | 28 | 31584 | 21 | W. Columbia SC |
| Badge # | Carrier Name | Drivers Name | Time In | Trailer # In | Seal # In | Trailer Temp In | Fuel In Reefer Generator Tank | Reefer Generator Operation OK? (Yes or No) |
| | | Truck # | Time Out | Trailer # Out | Seal # Out | Trailer Temp Out | Outbound PO | # of Pallets | Outbound Destination |
| Badge # | Carrier Name | Drivers Name | Time In | Trailer # In | Seal # In | Trailer Temp In | Fuel In Reefer Generator Tank | Reefer Generator Operation OK? (Yes or No) |
| | | Truck # | Time Out | Trailer # Out | Seal # Out | Trailer Temp Out | Outbound PO | # of Pallets | Outbound Destination |
| Badge # | Carrier Name | Drivers Name | Time In | Trailer # In | Seal # In | Trailer Temp In | Fuel In Reefer Generator Tank | Reefer Generator Operation OK? (Yes or No) |
| | | Truck # | Time Out | Trailer # Out | Seal # Out | Trailer Temp Out | Outbound PO | # of Pallets | Outbound Destination |

| Procedure Title | Procedure Number | Revision Date | Revision |
|---|---|---|---|
| Truck IN/OUT Log | BRC – SEC / 006 | 2.6.2015 | B |

Security will keep the following document at the gate for pick-up by the shipping department.
1. Load Check Out Procedure
2. Top Copy of the BOL
3. Dispatch Print
4. Green Load Out Card.

Carrier Driver will take the next two copies of the BOL

**3.14.5 FINAL MATCH OF BOL**. After sorting the paperwork the final inspection will begin wherein the Security will compare what is on the BOL to exactly what is "in front of him/her".

Specifically the Officer will match the following and log the information on the FPL TRUCK IN / OUT LOG
- Does the BOL have a BOL #?*
- Does the Carrier name match the carrier name on the BOL?*
- Does the Trailer number on trailer number on the BOL?*
- Does the seal on the trailer match the seal number on the BOL?*

235

 CONFIDENTIAL

Revision Date 2/15/15

Mission Partnership Statement®
FPL *food*™, LLC                                                                

- Is the seal properly routed through the door handle to prevent tampering?*
- Is there a seal on the "doggie" door (note you do not have to record this seal number – only verify it is sealed)?*
- Does the set temp match the set temp on the BOL?*
- Is the box temperature within 10 degrees plus or minus of the set temp on the BOL?*

*If there is any mis-match of any information in your final inspection at the gate or the temperature are not correct. HOLD THE LOAD AT THE GATE. *Contact Shipping department immediately.*

If all is in order have the driver sign off on the BOL verifying the seal number and the trailer set temperature number. Then you sign off on the same BOL as well indicating load integrity (seal) and trailer temperature is set correctly. *Security will then initial write the date and time, box temperature and initial the BOL*

### 3.14.6 MULTIPLE SHIPPMENTS ON ONE TRAILER

From time to time there will be *multiple shipments of product* on the same trailer. If this happens there will be BOLs in envelopes for the other loads along with seals to seal the trailer back up when each delivery is made. Example: If Drive A from Amodeo, FPL in-house Carrier shows up at the gate with a trailer with 3 separate loads on his one trailer he will have in his possession the following:



1. 1 Load Check Out Procedure
2. 3 BOLs one for each load
3. 1 dispatch print
4. 1 green card

*Do not let that throw you!*

The process is the same as outlined in this section Security will take have driver sign off on each additional BOL *verifying seal number and set temperature.*

**NOTE: REMEMBER TO KEEP TOP COPY OF BOL FOR EACH SHIPPMENT ON THE TRAILER. IF THERE ARE THREE DIFFERENT LOADS ON THE TRAILER – YOU MUST KEEP THE TOP COPY OF EACH OF THE 3 ON BOLS WHICH ARE SIGNED OF ON BY THE DRIVER AND YOU VERIFYING THE SEAL NUMBER AND SET TEMEPRATURE.**

 CONFIDENTIAL                                    Revision Date 2/15/15

Mission Partnership Statement®
FPL *food*™, LLC



*Prime INC*

### 3.14.7 OUTBOUND LOADS TO ~~AMERICOLD~~ *(Tommy Load)*

FPL has an off-site "cold storage" facility at AmeriCold on Laney Walker Blvd in Augusta. Routinely there will be loads of meat leaving the plant enroute to AmeriCold for temporary storage until final shipping details are completed. These loads will generally be processed like any other outbound load except that Security will only take the "pink copy" of the *hand copy* BOL. All other paperwork (load check out procedure, dispatch print, green card) will go with the load. Utilizing the FPL Truck In / Out log our focus on this load is to assure it is an AmeriCold load (AMC) that is:

1. Going to Lany Walker Blvd
2. FPL is the carrier
3. Vehicle/trailer number is present
4. Seal number is correct with that on the trailer and is routed properly
5. Doggie door is sealed shut
6. Set temperature on the BOL matches the set temp on the trailer
7. Delivery date is correct
8. Driver signs off on BOL indicating seal number and set temperature match BOL
9. Security signs off on load indicating seal number and set temperature matches BOL

*If there is any mis-match of any information in your final inspection at the gate or the temperature are not correct.

HOLD THE LOAD AT THE GATE. *Contact Shipping Immediately.*

If all is in order have the driver sign off on the BOL verifying the seal number and the set temperature number. Then you sign off on the same BOL as well indicating load integrity (seal) and trailer temperature is set correctly.

237

 CONFIDENTIAL

Revision Date 2/15/15

*Mission Partnership Statement®*
*FPL food™, LLC*



## 3.14.8 LOADS WAITING ON THE YARD FOR PICKUP

Routinely there may be loads on the shipping yard that will have to be picked up after shipping has closed Monday thru Friday, on weekends, and holidays. If this is the case the Shipping Department will leave the applicable paperwork at the gate with security. These loads will be process as previously discussed in this section with Security keeping all required and signed paperwork as previously outlined in this section

If a load is to be picked up by a certain time during the week and the carrier driver does not show up then security must call the shipping department and inform them of the "no show"

### Shipping (Meat Loads Inbound and Outbound)

| Name | Position | Office Phone | Cell Phone |
|---|---|---|---|
| Jerry Lowe | Shipping Manager | 706-922-5558 | 706-836-0484 |
| Wes Tibbs | Shipping Clerk (1st Shift) | 706-922-8199 | 706-799-0575 |
| John Mudd | Shipping Clerk (2nd Shift) | 706-922-5594 | 706-339-9787 |
| Audrey Gilliam | Administrative Asst. | 706-922-5583 | NA |
| Roy Heiple | Plant Manager | 706-922-5529 | 706-945-7200 |

CONFIDENTIAL                                   Revision Date 2/15/15

Mission Partnership Statement®
FPL *food*™, LLC

NOTE: Except for Florida destined loads, if any **load is left on the yard past 9:00 AM Sunday Jerry Lowe will be contacted** and informed of the carrier "no show". If any **Florida load** is not picked up by **6:00 PM** Jerry Lowe will be contacted and informed of the no show.

## 3.14.9 PROCESSING RENDERING LOADS (TALLOW, BLOOD MEAL, BONE & MEAT MEAL)

FPL FOOD provides rendering products as a recyclable to other manufacturing process throughout the country. FPL provides a liquid (tallow), and two dry meal products of blood meal, and bone & meat meal. The tallow is picked up in a tanker truck with the bone & meat meal and blood meal picked up in a hopper truck. Upon arrival to the plant the empty tanker or hopper truck will be signed in and out on the FPL TRUCK IN/OUT LOG. Once loaded with rendering the driver will be provided with a BOL by FPL. These loads are not refrigerated or sealed.

Shown here is a BOL for MBM "Meat Bone Meal"

For rending loads the only duties required of the security officer of security are:

1. Make sure we take the BOL pink copy and insure it is a "rendering load"
2. Keep the pink copy in the guard house for distribution to the shipping department
3. Security does not have to sign the BOL
4. Sign the truck out properly on the FPL Truck In / Out log

**TRUCK IN / OUT LOG**

*NOTE: IF A LOADED MEAT TRAILER ALL TEMP SET POINTS, TRAILER NUMBERS, SEAL NUMBERS, MUST MATCH BOL ON BOTH INBOUND AND OUTBOUND LOADS.*

*BOX TEMP MUST BE WITHIN 10 DEGREES ABOVE OR BELOW SET POINT TEMP – DON'T EXIT TRAILER IF OUTSIDE THESE LIMITS. CALL SHIPPING OFFICE IMMEDIATELY!!*

Day 1-23-2015  Shift 7:00 AM to 3:00 PM

| Badge # | Carrier Name | Drivers Name | Time In | Trailer # In | Seal # In | Trailer Temp In | Fuel In Reefer Generator Tank | Reefer Generator Operation OK? (Yes or No) |
|---|---|---|---|---|---|---|---|---|
| | AMPRO | J. Smith | 1:30 PM | | | | | |
| | | Truck # | Time Out | Trailer # Out | Seal # Out | Trailer Temp Out | Outbound PO | # of Pallets | Outbound Destination |
| | | 456 | 2:30 PM | | | | 636645 | Bulk | Gainesville Ga |
| | Carrier Name | Drivers Name | Time In | Trailer # In | Seal # In | Trailer Temp In | Fuel In Reefer Generator Tank | Reefer Generator Operation OK? (Yes or No) |
| | | Truck # | Time Out | Trailer # Out | Seal # Out | Trailer Temp Out | Outbound PO | # of Pallets | Outbound Destination |
| | Carrier Name | Drivers Name | Time In | Trailer # In | Seal # In | Trailer Temp In | Fuel In Reefer Generator Tank | Reefer Generator Operation OK? (Yes or No) |
| | | Truck # | Time Out | Trailer # Out | Seal # Out | Trailer Temp Out | Outbound PO | # of Pallets | Outbound Destination |
| | Carrier Name | Drivers Name | Time In | Trailer # In | Seal # In | Trailer Temp In | Fuel In Reefer Generator Tank | Reefer Generator Operation OK? (Yes or No) |
| | | Truck # | Time Out | Trailer # Out | Seal # Out | Trailer Temp Out | Outbound PO | # of Pallets | Outbound Destination |

*Mission Partnership Statement®*
*FPL food™, LLC*

## 3.14.10 RETURNED MEAT LOADS TO FPL.

On occasion an overweight or a customer rejected load will arrive at the truck gate. If this happens Security will follow the protocol below.

**NORMAL BUSINESS HOURS.** Contact Jerry Lowe, Shipping Manager. Follow his instructions. If logging into the site. Log the load in on the **FPL TRUCK IN / LOG** In accordance with our "inbound" meat load procedures discussed previously in this section.

**AFTER NORMAL BUSINESS HOURS.** Contact Jerry Lowe. If he is not available use the below call tree to find a shipping representative. **KEEP CALLING UNTIL YOU CONTACT SOMEONE IN THE SHIPPING DEPARTMENT.** Log the load in on the **FPL TRUCK IN / LOG** In accordance with our "inbound" meat load procedures discussed previously.

### Shipping (Meat Loads Inbound and Outbound)

| Name | Position | Office Phone | Cell Phone |
|---|---|---|---|
| Jerry Lowe | Shipping Manager | 706-922-5558 | 706-836-0484 |
| Wes Tibbs | Shipping Clerk (1st Shift) | 706-922-8199 | 706-799-0575 |
| John Mudd | Shipping Clerk (2nd Shift) | 706-922-5594 | 706-339-9787 |
| Audrey Gilliam | Administrative Asst. | 706-922-5583 | NA |
| Roy Heiple | Plant Manager | 706-922-5529 | 706-945-7200 |

NOTE: As soon as the load come on property add the trailer to the **SECURITY YARD CHECKS OF REFRIDGERATOR TRUCKS and check it every hour as outlined in section 3.15 below.**



Mission Partnership Statement®
FPL *food*™, LLC

## 3.15 SECURITY YARD CHECKS OF REFRIDGERATOR TRAILORS

As part of our service to our customers Security will **generally conduct "hourly"** yard checks of refrigerator trucks on all shifts. These checks will be conducted on each trailer in the yard to include all trailers at backed into the shipping docks.





### 3.15.1 "NEW LOG" OPENING

At each shift change the oncoming officer will open a completely new *trailer temperature log* and complete an entry for each trailer on the yard to include all trailers at backed into the shipping docks. In the below example the oncoming officer found 4 trailers in the yard and started his log as shown below on *Trailer Temperature Log example below (Appendix 32)*



**Trailer Temperature Log**

| # | Carrier Name | Trailer # | Set Temp | Fuel Level | Seal Number on the Trailer | GW 7:00A Box Temp | GW 8:00A Box Temp | GW 9:00A Box Temp | RD 10:00A Box Temp | RD 11:00A Box Temp | GW 12:00A Box Temp | RD 1:00P Box Temp | GW 2:00P Box Temp | GW 2:30PM Box Temp | Box Temp | Box Temp | REMARKS FROM YARD CHECK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CTR | 496874 | 25 | ¾ | 456789 | 28 | 29 | 28 | 32 | 28 | 29 | 27 | | | | | |
| 2 | PLM | 64321 | 25 | ¾ | 456791 | 28 | 29 | 28 | 33 | 28 | 32 | 27 | | | | | |
| 3 | DAVIS | 4321 | 25 | ¾ | 456765 | 28 | 29 | 28 | 30 | 28 | 32 | 27 | | | | | |
| 4 | CTR | 54321 | 25 | ¾ | 456732 | 28 | 29 | 28 | 34 | 28 | 33 | 27 | | | | | |
| 5 | | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | |

YARD CHECK CODES

| Procedure Title Schedule | Procedure Number BRC – SEC / 004 | Revision Date 2/11/2015 | Revision B |
|---|---|---|---|

241
 **CONFIDENTIAL**           **Revision Date 2/15/15**

*Mission Partnership Statement®*
*FPL food™, LLC*



### 3.15.4 HOT TRAILERS

As shown on the previous page a "Hot Trailer" are defined as trailers with a "box temperature" **10 DEGREES OR MORE ABOVE** the "set point" temperature.

### 3.15.4.1 HOT TRAILER PROTOCOL "WHAT DO I DO"?

### NORMAL BUSINESS HOURS (Shipping Office Open)

   *i.* **Empty Trailer "Pre cooling" or "not running"** Go to the rear of the trailer and see if the doors are sealed. If no seal is present then open the door and check to make sure the trailer is empty. If empty close the door and make the entry on your log. *No issue at this point.*

   ii. **Loaded Trailer In the Yard Not on the Shipping Dock:** Go to the rear of the trailer and see if the door is sealed. Except for *the rendering trailer* all loaded trailers not on the Shipping dock should be sealed (main and doggie door). Make your entry on the log and immediately notify Shipping of the possible "hot trailer".

   #### REASONS FOR A HOT TRAILER

   i. **The trailer just moved off the shipping dock door.** If this is the case check the trailer in "30 minutes" – if the temperature is still out of range, make your log entry and "notify shipping department" *the trailer is still hot.* Shipping will take actions to fix the problem. Complete a "hot trailer" report.

   ii. **The unit just came out of "defrost"** – check the trailer in 30 minutes. If the temperature is still out of range, make your log entry and "notify shipping department" *the trailer is still hot.* Shipping will take actions to fix the problem. Complete a hot trailer report

   iii. **The unit is not operating properly or not running at all.** Check the trailer in 30 minutes. If the temperature is still out of range, make your log entry and "notify shipping department" *the trailer is still hot.* Shipping will take actions to fix the problem. Complete a hot trailer report

   iii. **Loaded Trailer On the Shipping Dock:** Notify shipping of the "out of range condition". Make your log entry. While a trailer is being loaded shipping will tell you "we are loading the trailer" make your log entry. No issue here. Continue to check the trailer—however while the trailer is being loaded the temperature will likely continue to be out of range.


CONFIDENTIAL            243            Revision Date 2/15/15

Mission Partnership Statement®
FPL *food*™, LLC



### 3.15.2 SCHEDULE OF TEMPERATURE CHECKS FOR REFRIDERATION TRAILERS

*All* meat in refrigeration *trailers* on the yard, including the Wal-Mart trailer at the OFFAL dock, and the *"spoiled" meat in the rendering trailer* must be *checked hourly* and the results annotated on the FPL Trailer Temperature Log on the previous page.

NOTE: While Shipping department is on site and loading trailers we have some leeway on our one hour check schedule. This is due to the fact that shipping is constantly moving trailers around and that Security may be involved with issues at the truck gate security office, supporting HR in a termination issue, responding to an emergency etc.

*However after 5:00 PM a one hour check of the trailer is required*

At the completion of their shift the off going security officer will file his report in the temperature check file in the Security Office for future reference.

### 3.15.3 ACCEPTABLE TEMPERATURE RANGE FOR TRAILERS.

**Set Temperature:** The temperature set for the load by shipping and receiving. This set temperature on trailer temperatures is usually at one of can be any temperature deemed appropriate by the Shipping department. The set temperature as seen in the in the example to the right is 28° degrees.



**Box Temperature: The internal temperature of the trailer**

NOTE: All box temperature must be within 10 degrees + (plus) or – (minus) of the established "set temperature". Shown here is a is the a "Smart Reefer 2" temperature display of both the "set" point temperature of "28" degrees. The "temperature" reading is 33.2 degrees. Based on our allowed temperature range of 10 degrees +/- .This reading is within the acceptable range. Conversely shown here is a similar display showing is a "set point of "28" degrees with the "temperature showing 40.2 degrees. Or, 12.2° degrees above the set temp of 28 degrees. Further, the display showing the *"unit not running-service required"*. This unit requires immediate notification of the shipping department due to the fact the unit is not running and is a **"HOT TRAILER"**



242


CONFIDENTIAL

*Mission Partnership Statement®*
**FPL** *food*™, **LLC**



## AFTER NORMAL BUSINESS HOURS (Shipping Office "Closed)

a. **Empty Trailer generator "not running"** Go to the rear of the trailer and see if the doors are sealed. If no seal is present then open the door and check to make sure the trailer is empty. Close the door and make the entry on your log. No issue at this point.

b. **Loaded Trailer In the Yard.** Go to the rear of the trailer and see if the door is sealed. Except for *the rendering trailer* all loaded trailers not on the Shipping dock should be sealed (main and doggie door).

   i. *Check the reefer unit display.*

   ii. *Is unit running?* **If yes Come back in thirty minutes and check it again** -- if still out of range Prepare a **"HOT TRAILER LOG"** form and call Jerry Lowe at home and provide him the details (trailer number). Take instruction from Mr. Lowe.

   iii. *Is unit in Defrost?* **If yes Come back in thirty minutes and check it again** -- if still out of range call Jerry Lowe at home and provide him the details (trailer number). Take instruction from Mr. Lowe.

   iv. *If unit display states "the unit is not running"* come back in 30 minutes and if still not running prepare a **"HOT TRAILER LOG"** form and call Jerry Lowe at home and provide him the details (trailer number).

c. **Trailer On the Shipping Dock (unloaded?).** Make your entry on the log. Go into the shipping dock and roll up the dock roll up door and see if the truck is loaded or unloaded. If **unloaded** make the log entry – no issue here. Close dock roll-up door

d. **Trailer On the Shipping Dock (loaded?)** Maker your entry on your log. Go into the shipping dock and roll the dock door up. Is the trailer loaded or partially loaded? If yes close the dock roll up door. **If yes prepare a "HOT TRAILER LOG and notify shipping department immediately.**

### 3.15.4.2 "HOT TRAILER" LOG *(Appendix 33)*

Shown on the next page the "HOT TRAILER LOG" will be completed when it is determined that an trailer is actually hot. This log documents all of our actions when addressing a hot trailer issue. Be detailed in the completion of this report. And answer in detail all items in the report

 **CONFIDENTIAL**       244       **Revision Date 2/15/15**

*Mission Partnership Statement®*
*FPL food™, LLC*



**FPL HOT TRAILER LOG**

**HOT TRAILER LOG**

DATE _____

SECURITY OFFICER _____

TRAILER # _____

PROBLEM _____

SET TEMPERATURE _____

BOX TEMPERATURE _____

TIME NOTIFIED _____

PERSONNEL NOTIFIED _____

ACTION TAKEN _____

SPECIAL NOTES _____

**Note 1:** If trailer is in **defrost** or just came out of defrost recheck the trailer in 30 minutes. If still hot notify shipping department.

**Note 2: During "FPL business hours"** The trailer may have just came off the dock. Recheck in 30 minutes. If still hot notify Shipping Department

<u>Note All Information on your Guardsmark Daily Report.</u>

| Procedure Title | Procedure Number | Revision Date | Revision |
|---|---|---|---|
| Hot Trailer Log | BRC SEC - 013 | 2/15/2015 | B |

### 3.15.4.2 "TRAILER "TOO COLD" PROTOCOL "WHAT DO I DO"?

Follow the same procedures as outlined in **3.14.3.1 HOT TRAILER PROTOCOL** for a HOT TRAILER.

 **CONFIDENTIAL**   245   **Revision Date 2/15/15**

*Mission Partnership Statement®*
*FPL food™, LLC*



### 3.15.5 FUEL LEVELS IN REFRIDGERATION FUEL TANKS.

Shipping department will assure the refrigeration unit fuel tanks are kept the appropriate **level of ¾ full to completely full**. However, security will notify shipping immediately if the level in the fuel *tank reaches ½ tank*. If after hours use the Shipping call tree below.

| Name | Position | Office Phone | Cell Phone |
|---|---|---|---|
| Jerry Lowe | Shipping Manager | 706-922-5558 | 706-836-0484 |
| ~~Wes Tibbs~~ | Shipping Clerk (1st Shift) Pat | 706-922-8199 | ~~706-799-0575~~ |
| ~~John Mudd~~ | Shipping Clerk (2nd Shift) Heather | ~~706-922-5594~~ | ~~706-339-9787~~ |
| ~~Audrey Gilliam~~ | Administrative Asst. | ~~706-922-5583~~ | NA |
| ~~Roy Heiple~~ | Plant Manager | 706-922-5529 | ~~706-945-7200~~ |

Ext 558-5512

### SECURITY IS NOT AUTHORZED TO FUEL UP THESE TANKS.

**3.15.6 MEEKS REFRIDERATON:** FPL utilizes Meeks Refrigeration Repair" for all repairs of its refrigeration units. At the instruction of the Shipping department call Meeks Refrigeration Repair (Vlue Denham) at **(478) 494-2583**. Keep trying until contact is made.

### 3.16 LAND FILL OUTBOUND LOADS

Daily FPL will have to take cattle that died in the cattle pin in what is commonly called the "coffin" trailer pull by an FPL tractor. All security has to do is log the truck off the property and back in upon its return.



246

**CONFIDENTIAL**     **Revision Date 2/15/15**

FPL FOODS 028