Finished Goods Report For Product 20001 to 22090 - 9/20/2016 to 9/21/2016

| product | upccode | description | Units | Weight | AreaLocation | Batch No | Pack Date | Pallet ID | Customer | Customer Name | Order Number | Shipping date | Run Number | Group | Created Time | Barcode |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20001 | | BNLS BEEF 90 TRIM | 1 | 1,873.00 | M1- | T60000263992 | 9/20/2016 | N/A | CARGILLREG | CARGILL INC. | 651308 | 9/21/2016 16:59 | 264179 | 999 | 9/20/2016 15:02 | |
| 20001 | | BNLS BEEF 90 TRIM | 1 | 2,114.00 | M1- | T60000263996 | 9/20/2016 | N/A | CARGILLREG | CARGILL INC. | 651308 | 9/21/2016 16:59 | 264183 | 999 | 9/20/2016 15:15 | |
| 20001 | | BNLS BEEF 90 TRIM | 1 | 2,049.00 | M1- | T60000264000 | 9/20/2016 | N/A | CARGILLREG | CARGILL INC. | 651308 | 9/21/2016 16:59 | 264187 | 999 | 9/20/2016 15:26 | |
| 20001 | | BNLS BEEF 90 TRIM | 1 | 2,130.00 | M1- | T60000264002 | 9/20/2016 | N/A | CARGILLREG | CARGILL INC. | 651308 | 9/21/2016 16:59 | 264189 | 999 | 9/20/2016 15:29 | |
| 20001 | | BNLS BEEF 90 TRIM | 1 | 2,132.00 | M1- | T60000264003 | 9/20/2016 | N/A | CARGILLREG | CARGILL INC. | 651308 | 9/21/2016 16:59 | 264190 | 999 | 9/20/2016 15:31 | |
| 20001 | | BNLS BEEF 90 TRIM | 1 | 2,077.00 | M1- | T60000264005 | 9/20/2016 | N/A | CARGILLREG | CARGILL INC. | 651308 | 9/21/2016 16:59 | 264192 | 999 | 9/20/2016 15:37 | |
| 20001 | | BNLS BEEF 90 TRIM | 1 | 2,166.00 | M1- | T60000264014 | 9/20/2016 | N/A | CARGILLREG | CARGILL INC. | 651308 | 9/21/2016 16:59 | 264201 | 999 | 9/20/2016 15:58 | |
| 20001 | | BNLS BEEF 90 TRIM | 1 | 1,812.00 | M1- | T60000264019 | 9/20/2016 | N/A | CARGILLREG | CARGILL INC. | 651308 | 9/21/2016 16:59 | 264206 | 999 | 9/20/2016 16:10 | |
| 20001 | | BNLS BEEF 90 TRIM | 1 | 1,829.00 | M1- | T60000264135 | 9/21/2016 | N/A | CARGILLREG | CARGILL INC. | 651308 | 9/21/2016 16:59 | 265086 | 999 | 9/21/2016 10:49 | |
| 20001 | | BNLS BEEF 90 TRIM | 1 | 1,780.00 | M1- | T60000264175 | 9/21/2016 | N/A | CARGILLREG | CARGILL INC. | 651308 | 9/21/2016 16:59 | 265127 | 999 | 9/21/2016 12:35 | |
| 22090 | | BNLS BEEF 90 TRIM | 1 | 1,984.00 | M1- | T60000264056 | 9/21/2016 | N/A | CARGILLREG | CARGILL INC. | 651308 | 9/21/2016 16:59 | 265007 | 999 | 9/21/2016 6:30 | |
| 22090 | | BNLS BEEF 90 TRIM | 1 | 1,976.00 | M1- | T60000264077 | 9/21/2016 | N/A | CARGILLREG | CARGILL INC. | 651308 | 9/21/2016 16:59 | 265028 | 999 | 9/21/2016 7:34 | |
| 22090 | | BNLS BEEF 90 TRIM | 1 | 1,984.00 | M1- | T60000264138 | 9/21/2016 | N/A | CARGILLREG | CARGILL INC. | 651308 | 9/21/2016 16:59 | 265089 | 999 | 9/21/2016 10:57 | |
| 22090 | | BNLS BEEF 90 TRIM | 1 | 1,979.00 | M1- | T60000264144 | 9/21/2016 | N/A | CARGILLREG | CARGILL INC. | 651308 | 9/21/2016 16:59 | 265095 | 999 | 9/21/2016 11:22 | |
| 22090 | | BNLS BEEF 90 TRIM | 1 | 2,060.00 | M1- | T60000264153 | 9/21/2016 | N/A | CARGILLREG | CARGILL INC. | 651308 | 9/21/2016 16:59 | 265104 | 999 | 9/21/2016 11:38 | |
| 22090 | | BNLS BEEF 90 TRIM | 1 | 1,951.00 | M1- | T60000264185 | 9/21/2016 | N/A | CARGILLREG | CARGILL INC. | 651308 | 9/21/2016 16:59 | 265137 | 999 | 9/21/2016 13:06 | |
| 22090 | | BNLS BEEF 90 TRIM | 1 | 1,987.00 | M1- | T60000264193 | 9/21/2016 | N/A | CARGILLREG | CARGILL INC. | 651308 | 9/21/2016 16:59 | 265144 | 999 | 9/21/2016 13:30 | |
| 22090 | | BNLS BEEF 90 TRIM | 1 | 2,097.00 | M1- | T60000264208 | 9/21/2016 | N/A | CARGILLREG | CARGILL INC. | 651308 | 9/21/2016 16:59 | 265159 | 999 | 9/21/2016 14:12 | |
| 22090 | | BNLS BEEF 90 TRIM | 1 | 2,123.00 | M1- | T60000264209 | 9/21/2016 | N/A | CARGILLREG | CARGILL INC. | 651308 | 9/21/2016 16:59 | 265160 | 999 | 9/21/2016 14:14 | |
| 22090 | | BNLS BEEF 90 TRIM | 1 | 2,013.00 | M1- | T60000264212 | 9/21/2016 | N/A | CARGILLREG | CARGILL INC. | 651308 | 9/21/2016 16:59 | 265163 | 999 | 9/21/2016 14:27 | |
| 22090 | | BNLS BEEF 90 TRIM | 1 | 2,031.00 | M1- | T60000264239 | 9/21/2016 | N/A | CARGILLREG | CARGILL INC. | 651308 | 9/21/2016 16:59 | 265190 | 999 | 9/21/2016 15:32 | |

U.S. District Court Middle District of Florida

**J026**

Case No. 2:18-cv-00521-JLB-NPM
Date Identified:
Date Admitted: April 19, 2021