# FPL FOOD - STRAIGHT BILL OF LADING

**BOL#** 45057
**Date:** 9/21/2016
**Page:** Page 1 of 1

**CARRIERS NAME** CARGILL          **TRAILER NO** 5304

RECEIVED, subject to the classifications and lawfully applied tariffs in effect on the date of issue of this Original Bill of Lading

From FPL Food, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail, or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of said bill of lading, including those on the attachment hereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

## SHIPPER (FROM)

FPL Food LLC
FPL Food LLC
1301 NEW SAVANNAH ROAD
AUGUSTA
GA 30901
Tel: 1-706-722-2694



EXHIBIT 1
2019.12.17 Depo - FPL Foods, LLC

## CONSIGNEE (SOLD TO)

CARGILL REGIONAL BEEF-WYALUSING
2138 ROUTE 706
ATTENTION-ACCOUNTS PAYABLE
WYALUSING, PA
570-746-3000
18853
570-746-3000

## DELIVER TO (if different form Consignee)

Cargill
Cargill
4700 N 132nd Street
Butler, WI 53007
53007

**Customer P.O.#:** X126138
**OUR ORDER#:** 651306
**Dispatch#:** 849219

**Collect on delivery:** $0.00
**Delivery Date:** 09/23/2016

**Quantity (Cases / Combos):** 21
**Weight (Lbs):** 42,147.00

This product was produced under a HACCP plan which has one or more validated Critical Control Points (CCP) designed to prevent, reduce or eliminate E-Coli O157:H7. Components destined for use in Raw Ground HACCP plans have been tested using N=60 sampling for E-Coli O157:H7. Products for Raw Ground may have been pre-shipped. Product is not released and seals may not be broken for use in Raw Ground until a COA with negative E-Coli O157:H7 results have been obtained from an outside laboratory. If you have any questions, or need results please contact QA at 706-922-5536 or 706-922-5557.

**SEAL #:** 623230          **TEMP:** 20 DEGREES
**TEMP RECORDER:** 20
**PALLETS, IN:**             **OUT:** 21
**LOAD LOCKS, IN:**          **OUT:**

Subject to Section 7 of the conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse to the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)
COD Charges to be Paid By:
SHIPPER ☐   CONSIGNEE ☐
If Charges are to be Prepaid, write or stamp here "TO BE PREPAID"

Product of US

30
1800 9/21/16 CD

* Shippers Imprint in lieu of Stamp; Not a part of the Bill of Lading approved by the Interstate Commerce Commission.

Received $ _____
To apply in Prepayment of the charges on the Property.

Described Hereon
Agent or Cashier,
PER
If Charges are to be Prepaid, write or stamp here "TO BE PREPAID"
Charges $
Advanced $

U.S. District Court Middle District of Florida

**J027**

Case No. 2:18-cv-00521-JLB-NPM
Date Identified: _____
Date Admitted: April 19, 2021



Dispatch Print 849219

**Delivery Address:**

Cargill
Cargill
4700 N 132nd Street
Butler, WI 53007
53007

**Invoice Address**

CARGILL REGIONAL BEEF-
WYALUSING
2138 ROUTE 706
ATTENTION-ACCOUNTS
PAYABLE
WYALUSING, PA
570-746-3000

FPL Food Main Plant
FPL Food LLC
1301 NEW SAVANNAH
ROAD
AUGUSTA
GA 30901
Tel: 1-706-722-2694

| SALES ORDER NO | PURCHASE ORDER NO | SHIP DATE | DELIVERY DATE |
|---|---|---|---|
| 651308 | X126138 | 9/23/2016 | 9/23/2016 |

| PRODUCT | PRODUCT DESCRIPTION | ORDER QTY | ORDER UOM | SHIP QTY | SHIP WEIGHT |
|---|---|---|---|---|---|
| 22090 | BNLS BEEF 90 TRIM | 11 | COMBO | 11 COMBO | 22185.00 LBS |
| 20001 | BNLS BEEF 90 TRIM | 10 | COMBO | 10 COMBO | 19962.00 LBS |
| | Totals: | 21 | | 21 | 42,147.00 |



## Detailed Pallet Report For Dispatch 849219

| Order No | 651308 | Customer | CARGILLREG | CARGILL INC. | |
|---|---|---|---|---|---|
| Total Pallets | 1 | Total Qty | 21 | Total Weight | 42,147.00 |

| Pallet No | 001 | Pallet Serial Number: | 990238039 | Qty 21 | Total 42,147.00 |
|---|---|---|---|---|---|

**Product:** 20001   BNLS BEEF 90 TRIM              Qty 10   Total 19,962.00

| BatchNo | Qty | Weight | Pack Date |
|---|---|---|---|
| T60000264135 | 1 | 1,829.00 | 9/21/2016 |
| T60000264000 | 1 | 2,049.00 | 9/20/2016 |
| T60000253992 | 1 | 1,873.00 | 9/20/2016 |
| T60000263996 | 1 | 2,114.00 | 9/20/2016 |
| T60000264019 | 1 | 1,812.00 | 9/20/2016 |
| T60000264175 | 1 | 1,780.00 | 9/21/2016 |
| T60000264002 | 1 | 2,130.00 | 9/20/2016 |
| T60000264003 | 1 | 2,132.00 | 9/20/2016 |
| T60000264005 | 1 | 2,077.00 | 9/20/2016 |
| T60000264014 | 1 | 2,166.00 | 9/20/2016 |

**Product:** 22090   BNLS BEEF 90 TRIM              Qty 11   Total 22,185.00

| BatchNo | Qty | Weight | Pack Date |
|---|---|---|---|
| T60000264138 | 1 | 1,984.00 | 9/21/2016 |
| T60000264208 | 1 | 2,097.00 | 9/21/2016 |
| T60000264239 | 1 | 2,031.00 | 9/21/2016 |
| T60000264056 | 1 | 1,984.00 | 9/21/2016 |
| T60000264209 | 1 | 2,123.00 | 9/21/2016 |
| T60000264212 | 1 | 2,013.00 | 9/21/2016 |
| T60000264077 | 1 | 1,976.00 | 9/21/2016 |
| T60000264144 | 1 | 1,979.00 | 9/21/2016 |
| T60000264153 | 1 | 2,060.00 | 9/21/2016 |
| T60000264185 | 1 | 1,951.00 | 9/21/2016 |
| T60000264193 | 1 | 1,987.00 | 9/21/2016 |