**EXHIBIT 4**

FPL FOOD LLC
DEL DATE
Date
TR NO.
SEAL No.
Unit Setting
Dest.
Sealed Time
Signature
Comments

U.S. District Court Middle District of Florida

**J030**

Case No. 2:18-cv-00521-JLB-NPM
Date Identified:_____
Date Admitted: April 19, 2021