# FPL FOOD - STRAIGHT BILL OF LADING

BOL#: 45057
Date: 9/21/2016
Page: Page 1 of 1

CARRIERS NAME: CARGILL
TRAILER NO: 5304

## SHIPPER (FROM)

FPL Food LLC
FPL Food LLC
1301 NEW SAVANNAH ROAD
AUGUSTA
GA 30901
Tel: 1-706-722-2694

*Handwritten:* New Seal # 0005035

CARGILL VALUE ADDED MEAT
TRL#: 5304
DATE: 9/23
TIME: 1:37

## CONSIGNEE (SOLD TO)

CARGILL REGIONAL BEEF-WYALUSING
2138 ROUTE 706
ATTENTION-ACCOUNTS PAYABLE
WYALUSING, PA
570-746-3000
18853
570-746-3000

## DELIVER TO (If different from Consignee)

Cargill
Cargill
4700 N 132nd Street
Butler, WI 53007
53007

*Handwritten:* N9/23 Rejected Load Shifted

Customer P.O.#: X126138
OUR ORDER#: 651308
Dispatch#: 849219

Collect on delivery: $0.00
Delivery Date: 09/23/2016

Quantity (Cases / Combos): 21
Weight (Lbs): 42,147.00

SEAL #: 
TEMP: 20 DEGREES
TEMP RECORDER: 20
PALLETS, IN:    OUT: 21
LOAD LOCKS, IN:    OUT:

Product of US

U.S. District Court Middle District of Florida

**J031**

Case No. 2:18-cv-00521-JLB-NPM
Date Identified: _____
Date Admitted: April 19, 2021