# Chat with +1 630-981-1555

9/23/2016 3:52:11 PM - 9/23/2016 4:06:50 PM

## Export Details:

Device Phone Number  (850) 508-8097

Device Name    Richie's iPhone 6

Device ID      3e6cde0948f4d1eec52d0c0e195a81a28ff22f62

Backup Date    Thursday, February 27, 2020 12:08 AM

iOS            10.2.1

Current Time Zone  (UTC-05:00) Eastern Time (US & Canada)

## Participants:

+1 630-981-1555

---

Friday, September 23, 2016

+1 630-981-1555



3:52 PM

Me

Is that the only picture?          3:53 PM

+1 630-981-1555

I got 3                            4:05 PM

U.S. District Court Middle District of Florida

**J032**

Case No. 2:18-cv-00521-JLB-NPM

Date Identified:_____

Date Admitted: April 19, 2021

Report Page Number 64

+1 630-981-1555



4:06 PM

+1 630-981-1555



4:06 PM

SOWELL BATES 000139

Report Page Number 65