U.S. District Court Middle District of Florida
J033
Case No. 2:18-cv-00521-JLB-NPM
Date Identified:
Date Admitted: April 19, 2021





