

Titan 000034

U.S. District Court Middle District of Florida

**J034**

Case No. 2:18-cv-00521-JLB-NPM
Date Identified:_____
Date Admitted: April 19, 2021