

102
E THAN
0 LBS
AHEAD
IS LINE

535505

5304

Titan 000031

U.S. District Court Middle District of Florida

**J039**

Case No. 2:18-cv-00521-JLB-NPM
Date Identified:_____
Date Admitted: April 19, 2021