**Lynne Benson**

| | |
|---|---|
| **From:** | Richard Miller |
| **Sent:** | Friday, September 23, 2016 3:11 PM |
| **To:** | Tamara Stegman |
| **Subject:** | FW: FPL X126138 shifted load |
| **Attachments:** | 20160923_132636.jpg; 20160923_133425.jpg; 20160923_133440.jpg; 20160923_132435.jpg; 20160923_132446.jpg; 20160923_132608.jpg; 20160923_132617.jpg; 20160923_132626.jpg |

**Importance:**     High

GIVE ME A CALL ON THIS

Rick Miller
Ph 316-219-8853
Fax 316-266-7433
Rick_miller@cargill.com

-----Original Message-----
From: Amberly Kritsch [mailto:amberly.kritsch@fplfood.com]
Sent: Friday, September 23, 2016 2:41 PM
To: Richard Miller (Cargill Beef Logistics) <Rick_Miller@cargill.com>
Subject: FPL X126138 shifted load
Importance: High

Amberly Kritsch
Transportation & Logistics Manager
FPL Food, LLC
1301 New Savannah Road
Augusta, GA 30901
Email: amberly.kritsch@fplfood.com
Main: 706-922-8503

Cell: 706-267-4054
Web: http://www.fplfood.net

Please consider the environment before printing this e-mail.

U.S. District Court Middle District of Florida

**J042**

Case No. 2:18-cv-00521-JLB-NPM

Date Identified:_____

Date Admitted: April 19, 2021

Privileged & Confidential                                                      Scotly



Privileged & Confidential

ScotlynnUSA000022

Privileged & Confidential

Privileged & Confidential

Scotlynn USA000024

Privileged & Confidential

ScotlynnUSA000025



Privileged & Confidential

ScotlynnUSA000026



Privileged & Confidential

ScottlynnUSA000027



Privileged & Confidential

ScotlynnUSA000028



USA000029