2/6/2020 Account Details | West Alabama Bank

01/06/2020 PAYPAL VERIFYBANK 1007638254311 .19 2,492.92
01/06/2020 PAYPAL VERIFYBANK 1007638254315
Additional items prior to 01/06/2020 may be available in the transaction archive.

ALL TRANSFERS MADE AFTER 2PM WILL BE POSTED ON THE NEXT BUSINESS DAY   Contact Us   Privacy Policy

© 2001 - 2020 Fiserv, Inc. or its affiliates

# PURCHASE ORDER

FRAN SAN MEATS, LLC
TUSCALOOSA AL 35406
PH: 205-750-2440
FAX: 205-750-8553

| DATE | P.O. NUMBER |
|---|---|
| 9/30/2016 | 42515 |

**RECEIVED IN FULL**

| VENDOR | Ship To |
|---|---|
| THE BENEDICK COMPANY<br>3319 LAWS CHAPEL RD<br>MARYVILLE, TN 37803 | FRAN SAN MEATS |

| SALESMAN | TERMS | EXPECTED | SHIP VIA | SALESMAN COMM | INVOICE |
|---|---|---|---|---|---|
|  | WIRE | 9/30/2016 |  |  | 42516/22750 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| TRIM MEAT | beef TRIM MEAT for pet food<br>600 Kingsland Dr.<br>Batavia, IL 60510<br><br>40000 BEEF TRIM<br>(PET FOOD<br>RUN AT 0 DEGRESS | 42,147 | 0.18 | 7,586.46 |

WILL NOT PAY FOR ADDITIONAL POUNDS SHIPPED WITHOUT APPROVAL.

**Total** $7,586.46



PLAINTIFF'S EXHIBIT 2

U.S. District Court Middle District of Florida
**J080**
Case No. 2:18-cv-00521-JLB-NPM
Date Identified: _____
Date Admitted: April 19, 2021

https://web4.secureinternetbank.com/EBC_EBC1961/AcctDetails?IDX=2a7a3835863e439eae04264738c1f470&STU=36441e7b3